THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Larry Morgan, Appellant.
 
 

Appeal From Spartanburg County
Gordon G. Cooper, Circuit Court Judge

Unpublished Opinion No. 2010-UP-335
 Submitted June 1, 2010  Filed June 29,
2010    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best,
 of Columbia, for Appellant.
 J. Benjamin Aplin, of Columbia, for
 Respondent.
 
 
 

PER CURIAM: Larry Morgan appeals the revocation of his probation,
 arguing the circuit court erred in revoking his probation based on a violation of
 a condition of supervision imposed by the South Carolina Department of
 Probation, Parole and Pardon Services (the Department).  Because sex offender
 condition number four enhances condition of probation number four imposed by
 the sentencing court,[1] we affirm[2] pursuant to Rule 220(b)(1), SCACR,
 and the following authorities: S.C. Code Ann. § 24-21-460 (2007) (providing the
 circuit court may revoke probation based on a violation of a judicially imposed
 condition of probation); State v.
 Stevens, 373 S.C. 595, 598, 646
 S.E.2d 870, 872 (2007) (finding a condition of supervision imposed by the
 Department is a valid ground for revocation when it enhances a court imposed
 condition of probation).
AFFIRMED.
FEW, C.J.,
 THOMAS, and PIEPER, JJ., concur.

[1] This court may affirm any ruling, order, decision or
 judgment upon any ground appearing in the Record on Appeal.  Rule 220(c),
 SCACR.
[2] We decide this case without oral argument pursuant to
 Rule 215, SCACR.